UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MATTHEW A. SNARSKI, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br>v.<br><br>CORAL SPRINGS KGB, INC., d/b/a CORAL SPRINGS HONDA, a Florida corporation.<br><br>       Defendant. | CASE NO: |

**DEFENDANT'S NOTICE OF REMOVAL OF
CIVIL ACTION FROM STATE COURT TO FEDERAL COURT**

CORAL SPRINGS KGB, INC. d/b/a CORAL SPRINGS HONDA ("Defendant") hereby removes this matter from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, to this the United States District Court for the Southern District of Florida, pursuant to 28 U.S.C. § 1441 and § 1446.  The grounds for removal are as follows:

1.      Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over the only claims asserted by Plaintiff.  Specifically, Plaintiff has filed a two-count Complaint against Defendant, both for alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* and its federal regulations.

2.      Removal to this District is appropriate pursuant to 28 U.S.C. § 1441(a) because the state court action was filed in Broward County, Florida.

3.      This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is filed within thirty (30) days of Defendant's receipt of service of the state court Summons and

Complaint. The Complaint was filed on January 11, 2021, and served on the Defendant on January 12, 2021.

4. In accordance with 28 U.S.C. § 1446(a), Defendant attaches and files with the Clerk of this Court true and legible copies of all process, pleadings, orders and other papers on file with the Circuit Court for Broward County, Florida. The Complaint and Summons, are the only documents on file with the state court.

5. Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written notice to Plaintiff and have filed a copy of this Notice of Removal with the Clerk of the Circuit Court for Broward County, Florida.

WHEREFORE, Defendant respectfully notices the removal of the action now pending against it in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, Case No. CACE-21-0000484, Div. 4, to the United States District Court for the Southern District of Florida.

/s/ *Jeffrey J. Wilcox*
Jeffrey J. Wilcox, Esq.
Florida Bar No. 71163
HILL, WARD & HENDERSON, P.A.
101 E. Kennedy Blvd., Suite 3700
Tampa, Florida 33602
(813) 221-3900; (813) 221-2900 FAX
jeff.wilcox@hwhlaw.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished by electronic mail this 11th day of February, 2021 to:

Manuel S. Hiraldo, Esq.
Hiraldo P.A.
mhiraldo@hiraldolaw.com

Jibrael S. Hindi, Esq.
The Law Offices of Jibrael S. Hindi
jibrael@jibraellaw.com

                                      /s/ *Jeffrey J. Wilcox*
                                      Attorney