UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60338-CIV-COHN/STRAUSS

MATTHEW SNARSKI,
individually and on behalf of a class
of similarly situated individuals,

    Plaintiff,

v.

CORAL SPRINGS KGB, INC.,
d/b/a CORAL SPRINGS HONDA, a
Florida Corporation,

    Defendant.

_____/

## ORDER STAYING CASE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation and Motion to Stay Proceedings Pending the Supreme Court's Decision in *Facebook, Inc. v. Duguid* [DE 7] ("Motion"). The Court has reviewed the Motion and is otherwise advised in the premises. In the Motion, the parties request an order staying this action until the Supreme Court issues an opinion which is expected to clarify what constitutes an "automatic telephone dialing system" within the meaning of the Telephone Consumer Protection Act. It is anticipated that the opinion will be published this summer.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation and Motion to Stay Proceedings Pending the Supreme Court's Decision in *Facebook, Inc. v. Duguid* [DE 7] is **GRANTED**;

2. This case is **STAYED** until further order of the Court;

3. Trial and Calendar Call in this case are **CANCELLED**; and

4.    The parties shall file a joint status report no later than **fourteen (14) days** after the Supreme Court has issued its opinion in *Facebook, Inc. v. Duguid*, docket number 19-511.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of March, 2021.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF