**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE No.:** 0:21-cv-60338-JIC

MATTHEW SNARKSI,
individually and on behalf of a class
of similarly situated individuals,

    Plaintiff,

v.

CORAL SPRINGS KGB, INC.,
d/b/a CORAL SPRINGS HONDA,
a Florida Corporation

    Defendant.

_____/

## **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Matthew Snarksi and Defendant Coral Springs KGB, Inc., d/b/a Coral Springs Honda, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal with Prejudice of the above styled action. Plaintiff and Defendants shall each bear their own attorneys' fees and costs.  All parties have reviewed this stipulation.

DATED: June 23, 2021

| | |
|---|---|
| /s/ Manuel S. Hiraldo<br>**Manuel S. Hiraldo, Esq.**<br>Florida Bar No. 030380<br>E-mail: mhiraldo@hiraldolaw.com<br>**Hiraldo P.A.**<br>401 E. Las Olas Boulevard, Suite 1400<br>Fort Lauderdale, Florida 33301<br>Phone: 954-400-4713<br>**Jibrael S. Hindi, Esq.**<br>Florida Bar No.: 118259<br>E-mail:jibrael@jibraellaw.com<br>The Law Offices of Jibrael S. Hindi<br>110 SE 6th Street, Suite 1744<br>Fort Lauderdale, Florida 33301<br>Phone: 954-907-1136<br>Fax:    855-529-9540<br><br>*COUNSEL FOR PLAINTIFF* | /s/ Jeffrey Jordan Wilcox<br>**Jeffrey Jordan Wilcox, Esq.**<br>Florida Bar No. 71163<br>E-mail: jwilcox@hwhlaw.com<br>Hill Ward Henderson<br>101 E. Kennedy Blvd., Suite 3700<br>Tampa, FL 33602<br>Phone: (813) 222-8725<br><br>*COUNSEL FOR DEFENSE* |