UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-60338-CIV-COHN/STRAUSS

MATTHEW SNARSKI,
individually and on behalf of a class
of similarly situated individuals,

    Plaintiff,

v.

CORAL SPRINGS KGB, INC.,
d/b/a CORAL SPRINGS HONDA, a
Florida Corporation,

    Defendant.

_____/

## ORDER DISMISSING CASE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Voluntary Dismissal with Prejudice ("Stipulation") [DE 11]. The Court has reviewed the Stipulation and the record in this case and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. This case is **DISMISSED WITH PREJUDICE**; and

2. The Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of June, 2021.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF